# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shields, Thomas J. | Southern District of Iowa | 06/17/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge-Recall | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
131 E. 4th Street
Davenport, IA 52801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Triumph Community Bank, formerly known as National Bancorp. | A | Dividend | K | T | | | | | |
| 2. Metropolitan Life Ins. | A | Dividend | J | U | | | J | | |
| 3. Mass. Mutual Life Ins. | A | Dividend | M | T | | | | | |
| 4. Northwest Mutual Life Ins. | A | Dividend | M | T | | | | | |
| 5. Vanguard Keogh - Lane & Waterman | A | Dividend | J | T | | | | | |
| 6. IRA - SMITH BARNEY: | | | | | | | | | |
| 7. Dreyfus Money Market | C | Interest | M | T | Sold | 12/31/14 | M | D | |
| 8. Dreyfus Liquid Assets - Money Market | A | Interest | J | T | Sold | 12/31/14 | J | D | |
| 9. Chicago Bridge & Iron | A | Dividend | J | T | | | | | |
| 10. EBay, Inc. | A | Dividend | J | T | | | | | |
| 11. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 12. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 13. United Health | A | Dividend | J | T | | | | | |
| 14. Wells Fargo | A | Dividend | J | T | | | | | |
| 15. MSCI Brazil Index | A | Dividend | J | T | | | | | |
| 16. MSCI Japan | A | Dividend | J | T | | | | | |
| 17. TR Dow Jones Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TR S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 19. TR MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 20. Alliance Bernstein Global Bond Fund Class ADV | A | Dividend | K | T | | | | | |
| 21. Henderson European | A | Dividend | K | T | | | | | |
| 22. Henderson Int'l | A | Dividend | K | T | | | | | |
| 23. Loomis Sayles Small Capital Value Institutional Fund | A | Dividend | J | T | | | | | |
| 24. Munder TR Midcap | A | Dividend | K | T | | | | | |
| 25. Oppenheimer Value Y Fund | A | Dividend | K | T | | | | | |
| 26. RS Value Fund | A | Dividend | J | T | | | | | |
| 27. Royce Premier | A | Dividend | J | T | | | | | |
| 28. Royce Value Plus | A | Dividend | J | T | | | | | |
| 29. Van Kampen FDS-entered in error, securities not owned in 2013 | A | Dividend | K | T | | | | | |
| 30. AB Global Gov't Income | A | Interest | J | T | | | | | |
| 31. Petrobras | A | Dividend | J | T | | | | | |
| 32. Principal Fin. Group, Inc. | A | Dividend | J | T | | | | | |
| 33. Calamos Global | A | Dividend | J | T | | | | | |
| 34. Ford Motor Co. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs TR | A | Dividend | L | T | | | | | |
| 36. Hartford Fin. Services | A | Dividend | J | T | | | | | |
| 37. Intrepid Potash Inc. | A | Dividend | J | T | | | | | |
| 38. Janis Forty Fund | A | Dividend | J | T | | | | | |
| 39. MBIA | A | Dividend | J | T | | | | | |
| 40. IShares S & P | A | Dividend | L | T | | | | | |
| 41. Principal Fin. Group | A | Dividend | J | T | | | | | |
| 42. VISA Inc. Com. | A | Dividend | K | T | | | | | |
| 43. NYSE Euronext | A | Dividend | J | T | | | | | |
| 44. Alcoa, Inc | A | Dividend | J | T | Buy | 07/14/14 | J | | |
| 45. Bank of America Corp. | A | Dividend | J | T | Buy | 01/10/14 | J | | |
| 46. Facebook, Inc | B | Dividend | J | T | Buy | 01/10/14 | J | | |
| 47. BP PLC ADS (BP) | E | Dividend | K | T | Buy | 01/10/14 | J | | |
| 48. DDR Corp. Common | E | Dividend | K | T | Buy | 01/10/14 | J | | |
| 49. Hospitality PPTYS Common | E | Distribution | K | T | Buy | 01/10/14 | J | | |
| 50. KKR & Co, LLP | E | Dividend | K | T | Buy | 01/10/14 | J | | |
| 51. Seadrill, LTD | E | Dividend | K | T | Buy | 01/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Southern Copper Corp | E | Dividend | K | T | Buy | 01/10/14 | J | | |
| 53. Sentinel Low Duration Bond | E | Distribution | K | T | Buy | 02/01/14 | J | | |
| 54. Templeton Global Bond Fund | F | Dividend | L | T | Buy | 02/01/14 | J | | |
| 55. | | | | | | | | | |
| 56. IRA-SMITH BARNEY | | | | | | | | | |
| 57. Seadrill Ltd | A | Dividend | J | T | Sold | 12/24/14 | J | A | |
| 58. Bank of America | A | Dividend | J | T | | | | | |
| 59. Dreyfus Liquid Assets-Money Market | A | Interest | J | T | | | | | |
| 60. Chicago Bridge & Iron | A | Dividend | J | T | | | | | |
| 61. EBAY, Inc. | A | Dividend | J | T | | | | | |
| 62. Goldman Sachs | A | Dividend | J | T | | | | | |
| 63. United Health | A | Dividend | J | T | | | | | |
| 64. Wells Fargo | A | Dividend | J | T | | | | | |
| 65. MSCI Brazil Index | A | Dividend | J | T | | | | | |
| 66. MSCI Japan Index | A | Dividend | J | T | | | | | |
| 67. IShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 68. Principal Fin. Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Visa, Inc. | A | Dividend | J | T | | | | | |
| 70. EMC Corp Mass (EMC) | B | Distribution | J | T | Buy | 01/05/14 | J | | |
| 71. Facebook, Inc. Class A | C | Dividend | J | T | Buy | 01/05/14 | J | | |
| 72. Chevron Corp | D | Dividend | J | T | Buy | 01/05/14 | J | | |
| 73. Citigroup, Inc. | E | Dividend | L | T | Buy | 01/05/14 | K | | |
| 74. Duke Energy Corp | C | Dividend | J | T | Buy | 01/05/14 | J | | |
| 75. Energy Transfer Partners | C | Distribution | J | T | Buy | 01/05/14 | J | | |
| 76. Entergy Corp | D | Dividend | J | T | Buy | 01/05/14 | J | | |
| 77. Ferrellgas Partners, LP | D | Distribution | J | T | Buy | 01/05/14 | J | | |
| 78. FirstEnergyCorp | E | Dividend | K | T | Buy | 01/05/14 | K | | |
| 79. Ford Motor Co | D | Dividend | J | T | Buy | 01/05/14 | J | | |
| 80. General Electric Co. | D | Dividend | J | T | Buy | 01/05/14 | J | | |
| 81. Hospitality PPTYS TR Com | D | Distribution | J | T | Buy | 01/05/14 | J | | |
| 82. MBIA, Inc | D | Dividend | J | T | Buy | 01/05/14 | J | | |
| 83. UGI Corporation | E | Dividend | K | T | Buy | 01/05/14 | K | | |
| 84. Zimmer Holdings, Inc | D | Distribution | J | T | Buy | 01/05/14 | J | | |
| 85. Aegon NV (Preferred) | D | Dividend | J | T | Buy | 01/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Barclays Bank, PLC | E | Dividend | K | T | Buy | 01/05/14 | J | | |
| 87. Cedar Rapids Iowa Community School District | E | Interest | K | T | Buy | 01/05/14 | K | | |
| 88. Virgin Islands Water & Power Bonds | D | Interest | J | T | Buy | 01/05/14 | J | | |
| 89. Puerto Rico Electric Power Authority | C | Interest | J | T | Buy | 01/05/14 | J | | |
| 90. Countrywide Captial V | E | Interest | K | T | Buy | 01/05/14 | K | | |
| 91. Merrill Lynch Preferred Capital Fund | D | Distribution | J | T | Buy | 01/05/14 | J | | |
| 92. American Balanced Fund | E | Interest | K | T | Buy | 01/05/14 | K | | |
| 93. Goldman Sachs MLP Energy Fund | D | Interest | J | T | Buy | 01/05/14 | J | | |
| 94. Goldman Sachs Short Duration Taxable Fund | E | Interest | K | T | Buy | 06/12/14 | K | | |
| 95. Ivy Asset Strategy I Fund | D | Interest | J | T | Buy | 01/05/14 | J | | |
| 96. Ivy Municipal High Income Fund | E | Interest | K | T | Buy | 01/05/14 | K | | |
| 97. Mainstay Cushing MLP Premier I Fund | E | Interest | K | T | Buy | 06/12/14 | K | | |
| 98. | | | | | | | | | |
| 99. _____ TRUST: | | | | | | | | | |
| 100. Dynegy Inc. New (Holding Co) | A | Dividend | J | T | Distributed | 12/31 | J | | |
| 101. Huntington Natl Bank 4% 05 CTF of Deposit | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 102. Bristol Myers Squibb Co. | A | Dividend | J | T | Distributed | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Citibank NA South Dakota-Money Market | B | Interest | K | T | Distributed | 12/31/14 | K | | |
| 104. Firstenergy Corp. | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 105. IShares TR S&P | A | Dividend | K | T | Distributed | 12/31/14 | K | | |
| 106. Citadel Broadcasting | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 107. Citigroup | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 108. Walt Disney Co. | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 109. Entergy Corp | A | Dividend | K | T | Distributed | 12/31/14 | K | | |
| 110. FerrellGas Partnership | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 111. Firstenergy Corp. | A | Dividend | L | T | Distributed | 12/31/14 | L | | |
| 112. Ford Motor Co. | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 113. JP Morgan Chase | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 114. Puget Energy | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 115. Travelers Companies | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 116. Zimmer Holdings | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 117. Corts Trust for Bellsouth | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 118. Morgan Stanley Cap | A | Dividend | K | T | Distributed | 12/31/14 | K | | |
| 119. Ivy Asset Strategy | A | Dividend | K | T | Distributed | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. General Growth Properties,Inc.-Common Stock | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 121. General Electric | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 122. Blackrock Int'l | A | Dividend | K | T | Distributed | 12/31/14 | K | | |
| 123. Eaton Vance Tax Managed | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 124. Eaton Vance Global | B | Interest | J | T | Distributed | 12/31/14 | J | | |
| 125. TR S&P 500 Index | A | Dividend | L | T | Distributed | 12/31/14 | L | | |
| 126. American Balanced Fund | A | Dividend | L | T | Distributed | 12/31/14 | L | | |
| 127. Western Asset Money Fund-Money Market | C | Interest | J | T | Distributed | 12/31/14 | J | | |
| 128. Federal Home Loan | A | Interest | J | T | Distributed | 12/31/14 | J | | |
| 129. Federal Home Loan | A | Interest | J | T | Distributed | 12/31/14 | J | | |
| 130. FHLB 5.52% | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 131. ING Clarion Global Real Estate | A | Dividend | L | T | Distributed | 12/31/14 | L | | |
| 132. Bank of America | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 133. Chicago Bridge & Iron | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 134. Chicago Bridge & Iron | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 135. Goldman Sachs | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 136. Goldman Sachs | A | Dividend | J | T | Distributed | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  NBIA, Inc. | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 138.  Petrobras | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 139.  Citigroup | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 140.  Bank of America | A | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 141.  Seadrill Ltd. | E | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 142.  BP PLC SPONS ADR | E | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 143.  Hospitality PPTYS Trust | E | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 144.  Southern Copper Corp. | E | Dividend | J | T | Distributed | 12/31/14 | J | | |
| 145. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 06/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas J. Shields**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544